ROULETTE RECORDS, INC., v. PRINCESS PRODUCTION CORPORATION et al.—

Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.